UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


| Case No. | CV 24-02729-RGK (DFM) | Date: | July 19, 2024 |
|---|---|---|---|
| Title | James Camper v. City of Los Angeles et al. | | |


| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Jazmin Dorado for Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |


**Proceedings:   (IN CHAMBERS) Order to Show Cause re Service**


Plaintiff James Camper, proceeding pro se, filed the instant action in the Los Angeles County Superior Court on March 4, 2024. See Dkt. 1-1. Defendant City of Los Angeles removed this action to this Court on April 4, 2024. See Dkt. 1. The Complaint asserts claims against both the City of Los Angeles and the Los Angeles Police Department ("LAPD"). See Dkt. 1-1.

More than three months have passed since this action was removed to this Court, and there is no record that Plaintiff has properly served the LAPD. "If a defendant is not served within 90 days after the complaint is filed, the court—on its own motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).[1] The Court "must extend" the time for service if the plaintiff shows good cause for the failure. Id.

**Plaintiff is therefore ORDERED to show cause within fourteen (14) days why Defendant LAPD should not be dismissed from this action for failure to effectuate service.** Plaintiff's filing of the proof of service of the Summons and Complaint on the LAPD is sufficient to discharge this order. Failure to respond may result in a recommendation that this Defendant be dismissed from the instant action.

---

[1] Because this case was removed from state court, the 90-day clock began to run on the date of removal. See Vasquez v. N. Cnty. Transit Dist., 292 F.3d 1049, 1053 (9th Cir. 2002), as amended (Aug. 7, 2002); 28 U.S.C. § 1448.